# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

142875

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BENJAMIN CURTIS WALBURG,
      Defendant-Appellant.

SC: 142875
COA: 295497
Ottawa CC: 09-033711-FH

_____/

By order of June 22, 2011, the application for leave to appeal the February 10, 2011 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Kolanek* (Docket Nos. 142695, 142712) and *People v King* (Docket No. 142850). On order of the Court, the cases having been decided on May 31, 2012, 491 Mich ___ (2012), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

Clerk

h0716